# IN THE SUPREME COURT OF THE STATE OF NEVADA

MIGUEL ANGEL GUIDO-ZARATE,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 74410

FILED

DEC 18 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a judgment of conviction. Second Judicial District Court, Washoe County; Connie J. Steinheimer, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on August 22, 2017. Appellant did not file the notice of appeal, however, until November 2, 2017, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

17-43594

cc: Hon. Connie J. Steinheimer, District Judge
Miguel Angel Guido-Zarate
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk